■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. VERNON BARNES, Appellant, v MELVIN WILLIAMS, Superintendent, Willard Drug Treatment Campus, Respondent. [858 NYS2d 622]— Appeal from a judgment of the Supreme Court, Seneca County (Dennis F. Bender, A.J.), entered May 3, 2007 in a habeas corpus proceeding. The judgment dismissed the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Memorandum: Petitioner appeals from a judgment dismissing his petition seeking a writ of habeas corpus. Inasmuch as petitioner was conditionally released to parole supervision during the pendency of the appeal, the appeal is moot (*see People ex rel. Vasquez v Filion*, 22 AD3d 991, 992 [2005]; *People ex rel. Williams v Zelker*, 38 AD2d 845 [1972]). Present—Scudder, P.J., Hurlbutt, Smith, Green and Gorski, JJ. [*See* 2007 NY Slip Op 30048(U).]